JS-6

# IN THE UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, <br><br> Defendant. | Case No. 2:21-cv-07662-SSS-MAAx <br><br> **FINAL JUDGMENT & PERMANENT INJUNCTION** |

In accordance with this Court's orders in this case, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

(1) The Court **GRANTS JUDGMENT** to Plaintiff People for the Ethical Treatment of Animals ("PETA) and against Defendant Los Angeles County Metropolitan Transportation Authority ("Metro");

(2) The Court **DECLARES** that Metro's prohibition on non-commercial advertising is unconstitutional and violates the First Amendment to the United States Constitution;

(3) The Court **DECLARES** that Metro's exception to its prohibition on non-commercial advertising for non-profit organizations that partner with a public agency specifically created by government action located in Los Angeles County or a Federal or State of California Governmental Agency for the joint purpose of the non-profit organization and the Governmental Agency is unconstitutional and violates the First Amendment to the United States Constitution;

(4) Metro, and it officers, agents, employees, attorneys, and all other persons who are in active concert or participation with them, are hereby **PERMANENTLY ENJOINED** and prohibited from enforcing, through any action or omission or otherwise, Metro's prohibition on non-commercial advertising;

(5) Metro, and it officers, agents, employees, attorneys, and all other persons who are in active concert or participation with them, are hereby **PERMANENTLY ENJOINED** and prohibited from enforcing, through any action or omission or otherwise, Metro's exception to its prohibition on non-commercial advertising for non-profit organizations that partner with a public agency specifically created by government action located in Los Angeles County or a Federal or State of California Governmental Agency for the joint purpose of the non-profit organization and the Governmental Agency;

///
///
///

(6) PETA may seek an award of attorney fees and costs pursuant to 42 U.S.C. § 1988 by subsequent motion.

Dated: January 4, 2023

_____
SUNSHINE S. SYKES
United States District Judge